455 A.2d 727

Commonwealth v. Colomy, Appellant.
Reargument Denied Feb. 11, 1983.
Petition for Allowance of Appeal Denied May 18, 1983.

Argued May 26, 1982. Stanton M. Lacks, for appellant;
John Philips Luneau, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.